UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| Lyman Holding Company,<br>Debtor. | Case No. 11-_____<br>Chapter 11 Case |
| Lyman Lumber Company,<br>Debtor. | Case No. 11-_____<br>Chapter 11 Case |
| Automated Building Components, Inc.,<br>Debtor. | Case No. 11-_____<br>Chapter 11 Case |
| Building Materials Wholesalers, Inc.,<br>Debtor. | Case No. 11-_____<br>Chapter 11 Case |
| Carpentry Contractors Corp.,<br>Debtor. | Case No. 11-_____<br>Chapter 11 Case |
| Construction Mortgage Investors Co.,<br>Debtor. | Case No. 11-_____<br>Chapter 11 Case |
| Lyman Development Co.,<br>Debtor. | Case No. 11-_____<br>Chapter 11 Case |
| Lyman Lumber of Wisconsin, Inc.,<br>Debtor. | Case No. 11-_____<br>Chapter 11 Case |
| Lyman Properties, L.L.C.,<br>Debtor. | Case No. 11-_____<br>Chapter 11 Case |
| Mid-America Cedar, Inc.,<br>Debtor. | Case No. 11-_____<br>Chapter 11 Case |

| Woodinville Lumber, Inc., | Case No. 11-_____ |
| Debtor. | Chapter 11 Case |

| Woodinville Construction Services, L.L.C., | Case No. 11-_____ |
| Debtor. | Chapter 11 Case |

## DECLARATION OF RELATEDNESS OF CHAPTER 11 CASES

1. I am the President and CEO of each of the Debtors. I submit this declaration to comply with paragraph 3 of the Chapter 11 Filing Instructions for the United States Bankruptcy Court for the District of Minnesota.

2. On August 4, 2011, all of the Debtors listed above filed petitions under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court of the District of Minnesota.

3. The Debtors are related entities. Lyman Holding Company owns 100% of the outstanding shares of Lyman Lumber Company, Automated Building Components, Inc., Building Materials Wholesalers, Inc., and Lyman Lumber of Wisconsin, Inc. In turn, Lyman Lumber Company owns 100% of the equity interests of Carpentry Contractors Corp., Construction Mortgage Investors Co., Lyman Development Co., Lyman Properties, L.L.C., Mid-America Cedar, Inc., and Woodinville Lumber, Inc. In turn, Woodinville Lumber, Inc. is the sole member of Woodinville Construction Services, L.L.C.

4. Each of the Debtors are affiliates (as that term is defined in 11 U.S.C. § 101(2)) of the others. All of the Debtors are co-borrowers under one senior secured credit facility and all Debtors would be parties to any financing requested at the commencement of the cases. The Debtors share common bank accounts as part of their unified cash management system which is

centrally administered on behalf of all Debtors. The same directors serve for each of the Debtors which also share the same senior-level officers: President and CEO; Senior Vice President, Operations, and Secretary; Vice President, Human Resources; and Treasurer and Controller.. In addition, the Debtors have common management and many of the same creditors and parties in interest.

5.  The debtors intend to file an expedited motion for joint administration of their chapter 11 cases.

6.  I declare under penalty of perjury that the information contained in this declaration is true and correct according to the best of my knowledge, information, and belief.

Dated: August 4, 2011

James E. Hurd
President and Chief Executive Officer

4939901