B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Minnesota

In re  Lyman Lumber Company       Case No.  11-45191
                Debtor(s)          Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Central States Pension Fund<br>9377 W Higgins Rd<br>Des Plaines, IL 60018 | Julie H. DeLoriea<br>Central States Pension Fund<br>9377 W Higgins Rd<br>Des Plaines, IL 60018<br>847.518.9800 | Pension Liability | | 7,004,056.43 |
| Scott Kevitt<br>3335 Pennsylvania Ave N<br>Crystal, MN 55427 | Scott Kevitt<br>3335 Pennsylvania Ave N<br>Crystal, MN 55427<br>763.535.6601 | Promissory Note | | 1,577,445.94 |
| Kevitt Excavating LLC<br>3335 Pennsylvania Ave N<br>Crystal, MN 55427 | Scott Kevitt<br>Kevitt Excavating LLC<br>3335 Pennsylvania Ave N<br>Crystal, MN 55427<br>763.535.6601 | Promissory Note | | 707,407.90 |
| Kevitt Excavating Inc.<br>3335 Pennsylvania Ave N<br>Crystal, MN 55427 | Scott Kevitt<br>Kevitt Excavating Inc.<br>3335 Pennsylvania Ave N<br>Crystal, MN 55427<br>763.535.6601 | Promissory Note | | 696,816.09 |
| Minnetonka Country Club, et al<br>24575 Smithtown Rd<br>Shorewood, MN 55331 | Bohdan Witrak<br>Minnetonka Country Club, et al<br>24575 Smithtown Rd<br>Shorewood, MN 55331<br>952.474.5222 | Promissory Note | | 590,660.45 |
| Ruth B. Witrak, et al<br>24575 Smithtown Rd<br>Shorewood, MN 55331 | Bohdan Witrak<br>Ruth B. Witrak, et al<br>24575 Smithtown Rd<br>Shorewood, MN 55331<br>952.474.5222 | Promissory Note | | 561,593.49 |
| Bohdan Witrak, et al<br>24575 Smithtown Rd<br>Shorewood, MN 55331 | Bohdan Witrak, et al<br>24575 Smithtown Rd<br>Shorewood, MN 55331<br>952.474.5222 | Promissory Note | | 508,618.07 |

B4 (Official Form 4) (12/07) - Cont.

In re  Lyman Lumber Company                                    Case No.  11-45191
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Annalee M. Hanson Rev Trust 6400 Greenbriar Ave Excelsior, MN 55331 | Annalee Hanson Annalee M. Hanson Rev Trust 6400 Greenbriar Ave Excelsior, MN 55331 952.474.7678 | Promissory Note | | 454,439.43 |
| Manion's 7705 - 305Th St St Cloud, MN 56303-9411 | Manion's 7705 - 305Th St St Cloud, MN 56303-9411 800.826.7160 | Trade Vendor | | 436,370.83 |
| SVK Development LLC 3335 Pennsylvania Ave N Crystal, MN 55427 | Scott Kevitt SVK Development LLC 3335 Pennsylvania Ave N Crystal, MN 55427 763.535.6601 | Promissory Note | | 398,424.37 |
| Timothy J. Schoen 711 Ashley Dr Chaska, MN 55318 | Timothy J. Schoen 711 Ashley Dr Chaska, MN 55318 612.590.4339 | Promissory Note and Subordinated Debenture | | 393,407.24 |
| James William Scheible 8800 Cottonwood Ln Eden Prairie, MN 55347 | James William Scheible 8800 Cottonwood Ln Eden Prairie, MN 55347 952.937.1187 | Promissory Note and Subordinated Debenture | | 380,458.13 |
| Timothy G. Liester 26355 Oak Ridge Cir Shorewood, MN 55331 | Timothy G. Liester 26355 Oak Ridge Cir Shorewood, MN 55331 952.470.5202 | Promissory Note and Subordinated Debenture | | 343,514.07 |
| Dennis J. Amato 5 The Crow's Nest Port Washington, NY 11050 | Dennis J. Amato 5 The Crow's Nest Port Washington, NY 11050 | Promissory Note and Subordinated Debenture | | 320,787.12 |
| The J Amato GST Exempt Trust Melanie D. Gutterson, Trustee 128 Tracy Ln Alamo, CA 94507 | Melanie D. Gutterson, Trustee The J Amato GST Exempt Trust 128 Tracy Ln Alamo, CA 94507 | Promissory Note and Subordinated Debenture | | 320,787.10 |
| Lucille L. Rust 5650 Boone Ave N, Apt 416 New Hope, MN 55428 | Lucille L. Rust 5650 Boone Ave N, Apt 416 New Hope, MN 55428 763.533.7561 | Promissory Note | | 319,548.04 |
| Mariellen Waldron 55 Pine St #307 Edmonds, WA 98020 | Mariellen Waldron 55 Pine St #307 Edmonds, WA 98020 | Subordinated Debenture | | 312,674.02 |
| Jeff P & Barbara J Johnson 1512 Knob Hill Ln Excelsior, MN 55331 | Jeff P & Barbara J Johnson 1512 Knob Hill Ln Excelsior, MN 55331 952.975.4749 | Subordinated Debenture | | 271,890.42 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Lyman Lumber Company  
           Debtor(s)

Case No.  11-45191

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| John B. MacWherter Rev Trust<br>3670 Northome Rd<br>Wayzata, MN 55391 | John MacWherter<br>John B. MacWherter Rev Trust<br>3670 Northome Rd<br>Wayzata, MN 55391<br>952.473.3444 | Promissory Note | | 265,192.88 |
| Kim Nhung Nguyen<br>4315 Hadley Cir N<br>Oakdale, MN 55128 | Kim Nhung Nguyen<br>4315 Hadley Cir N<br>Oakdale, MN 55128 | Promissory Note | | 261,998.56 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President & Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 4, 2011

Signature  /s/ James E. Hurd  
James E. Hurd  
President & Chief Executive Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Minnesota

In re   Lyman Lumber Company                                     Case No.   11-45191
                                                  Debtor(s)                 Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the President & Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   August 4, 2011                       /s/ James E. Hurd
                                                               James E. Hurd/President & Chief Executive Officer
                                                               Signer/Title