# United States Bankruptcy Court
### District of Minnesota

In re   Lyman Lumber Company                             Case No.   11-45191
                      Debtor
                                                         Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Lyman Holding Company<br>300 Morse Avenue<br>Excelsior, MN 55331 | | All Securities | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President & Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   August 22, 2011                         Signature   _____
                                                           James E. Hurd
                                                           President & Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

0  continuation sheets attached to List of Equity Security Holders