# United States Bankruptcy Court
## District of Minnesota

In re: Lyman Holding Company, Debtor

Case No. 11-45190
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Anne L.B. Hanson<br>880 E. Kenyon Ave<br>Cherry Hills Village, CO 80113 | Class A Voting | 5348 | |
| Bradley Johnson<br>W7380 Scott Dr<br>Spooner, WI 54801 | Class A Voting | 2306 | |
| Buford T. Miller<br>1103 Hidden Rd<br>Fort Worth, TX 76107 | Class A Voting | 4485 | |
| Buford T. Miller, Jr.<br>1103 Hidden Road<br>Fort Worth, TX 76101 | Class A Voting | 26663 | |
| Dale J. Carlson Trust<br>14825 - 38th Ave N<br>Plymouth, MN 55446-3344 | Class B Voting | 170000 | |
| GST Trust FBO Robert D. Bush U/A Dated 1<br>4656 Bryant Ave S, Unit 2<br>Minneapolis, MN 55419-5355 | Class A Voting | 9060 | |
| GST Trust FBO Victoria Bush Pajeski U/A<br>127 West Ave<br>Great Barrington, MA 01230 | Class A Voting | 9060 | |
| James E. Hurd<br>5220 Meadville St<br>Greenwood, MN 55331 | Class A Non-Voting | 37910 | |
| James E. Hurd<br>5220 Meadville St<br>Greenwood, MN 55331 | Class B Voting | 1000000 | |
| James R. Gagne<br>2615 W Lafayette<br>Excelsior, MN 55331 | Class A Voting | 10683 | |
| Janet L. Johnson<br>20300 Knightsbridge Rd<br>Excelsior, MN 55331 | Class A Voting | 53921 | |

___3___ continuation sheets attached to List of Equity Security Holders

In re    Lyman Holding Company      Case No.     11-45190
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jill L. Becklund<br>5515 Pleasant Ave S<br>Minneapolis, MN 55419 | Class A Voting | 2306 | |
| John D. Gilpin<br>14733 Hudson Rd S<br>Afton, MN 55001 | Class A Non-Voting | 10339 | |
| John D. Gilpin<br>14733 Hudson Rd S<br>Afton, MN 55001 | Class B Voting | 555000 | |
| Katherine Miller Brown<br>845 Forest Willow Cir<br>El Paso, TX 79922-2907 | Class A Voting | 26663 | |
| Lyman Webb<br>231 West Fair Oaks<br>San Antonio, TX 78209 | Class A Voting | 110171 | |
| Margaret L. Lowe Special Assets Trust<br>2630 W Lafayette Rd<br>Excelsior, MN 55331 | Class A Voting | 74400 | |
| Margaret L. Lowe Trust<br>2630 West Lafayette Rd<br>Excelsior, MN 55331 | Class A Voting | 67788 | |
| Margaret L. Lowe Trust<br>2630 West Lafayette Rd<br>Excelsior, MN 55331 | Class B Voting | 2700000 | |
| Marshall B. Payne<br>CIC Partners LP<br>500 Crescent Ct #250<br>Dallas, TX 75201 | Class A Voting | 58507 | |
| Mary Webb Miller<br>515 Pine Shadows<br>Houston, TX 75056 | Class A Voting | 117647 | |
| Mary Webb Walters<br>24 Bristol Green<br>San Antonio, TX 78209 | Class A Voting | 9347 | |
| Page Parker Webb<br>231 West Fair Oaks<br>San Antonio, TX 78209 | Class A Voting | 46617 | |

Sheet __1__ of __3__ continuation sheets attached to the List of Equity Security Holders

In re   Lyman Holding Company                           Case No.   11-45190
                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Page Webb Wilson<br>601 Evans<br>San Antonio, TX 78209 | Class A Voting | 9347 | |
| Philip Johnson<br>6304 Rose Court<br>Edina, MN 55424 | Class A Voting | 116 | |
| Randall Johnson<br>6304 Rosecourt<br>Edina, MN 55424 | Class A Voting | 2306 | |
| Robert B. Payne, Jr.<br>4809 Cole Ave<br>Suite 245, LB-136<br>Dallas, TX 75205 | Class A Voting | 58507 | |
| Robert D. Bush Revocable Trust U/A 11/9/<br>4656 Bryant Ave S, Unit 2<br>Minneapolis, MN 55419-5355 | Class A Voting | 40137 | |
| Robert D. Bush Trust U/A Dated 12/17/96<br>4656 Bryant Ave S, Unit 2<br>Minneapolis, MN 55419-5355 | Class A Voting | 30638 | |
| Serena A. Perkins<br>207 Maple Street<br>San Francisco, CA 94118 | Class A Voting | 81019 | |
| Steven R. W. Bush<br>4252 Aldrich Ave S<br>Minneapolis, MN 55409 | Class A Voting | 25177 | |
| Susan Payne Madole<br>4113 Windsor Parkway<br>Dallas, TX 75205 | Class A Voting | 58507 | |
| Thomas P. Lowe<br>2630 West Lafayette Rd<br>Excelsior, MN 55331 | Class A Voting | 414984 | |
| Thomas P. Lowe Special Assets Trust<br>2630 W Lafayette Rd<br>Excelsior, MN 55331 | Class A Voting | 13794 | |
| Thomas P. Lowe Trust<br>2630 West Lafayette Rd<br>Excelsior, MN 55331 | Class A Voting | 40023 | |

Sheet  2   of   3   continuation sheets attached to the List of Equity Security Holders

In re   Lyman Holding Company                               Case No.    11-45190
                            Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Thomas P. Lowe Trust<br>2630 West Lafayette Rd<br>Excelsior, MN 55331 | Class B Voting | 2105000 | |
| Victoria Bush Pajeski Trust U/A Dated 12<br>127 West Ave<br>Great Barrington, MA 01230 | Class A Voting | 30638 | |
| Victoria E. Bush Revocable Trust<br>127 West Ave<br>Great Barrington, MA 01230 | Class A Voting | 40137 | |
| Victoria L. Gagne<br>2615 West Lafayette Rd<br>Excelsior, MN 55331 | Class A Voting | 37643 | |
| Victoria L. Gagne<br>2615 West Lafayette Rd<br>Excelsior, MN 55331 | Class B Voting | 200000 | |
| Walter L. Bush, Jr. Revocable Trust<br>5200 Malibu Drive<br>Edina, MN 55436-1030 | Class A Voting | 264555 | |
| Walter L. Bush, Jr. Revocable Trust<br>5200 Malibu Drive<br>Edina, MN 55436-1030 | Class B Voting | 400000 | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President & Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   August 22, 2011                  Signature   _____
                                                    James E. Hurd
                                                    President & Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Sheet  3  of  3  continuation sheets attached to the List of Equity Security Holders