Office of the United States Trustee
District of Minnesota

Case Name: Lyman Holding Company, et al.
Case Number: 11-45190

Summary of Cash Receipts and Disbursements
For the Quarter Ending 03/31/17

|  | January | February | March | Total for Calendar Quarter |
|---|---|---|---|---|
| Total Receipts | $ 0.21 | $ 1,538.56 | $ 5,000.12 | $ 6,538.89 |
| Total Disbursements | $ 5,278.40 | $ 30.00 | $ 30.00 | $ 5,338.40 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS
QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

_/s/ Kevin A. Berry_____          _/s/ Kevin A. Berry_____
Preparer's Signature                       Liquidating Agent Signature

Kevin A. Berry                             Kevin A. Berry
Print Name of Preparer                     Print Name of Signature

____4/20/17_____
Date