# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 Case No. 11-45190 |
| Lyman Holding Company, et al., | (Jointly Administered) |
| Debtors.[1] | |

## NOTICE OF CONTINUED HEARING ON MOTION OF THE LIQUIDATING AGENT FOR A FINAL DECREE PURSUANT TO 11 U.S.C. § 350(A) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 3022 TO CLOSE JOINTLY ADMINISTERED CASES, TO PRESERVE CERTAIN CONTINGENT NONEXEMPT ASSETS PURSUANT TO 11 U.S.C. § 554(C), AND FOR RELATED RELIEF

Conway MacKenzie, Inc., in its capacity as the liquidating agent ("Liquidating Agent") for the bankruptcy estates of the above-captioned Debtors, hereby gives notice that the hearing on the Motion of the Liquidating Agent for a Final Decree Pursuant to 11 U.S.C. § 350(A) and Federal Rule of Bankruptcy Procedure 3022 to Close Jointly Administered Cases, to Preserve Certain Contingent Nonexempt Assets Pursuant to 11 U.S.C. § 554(C), and For Related Relief, is continued to 1:00 p.m. on July 26, 2017, before the Honorable Robert J. Kressel, United States Bankruptcy Judge, in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415.

---

[1] Jointly administered estates of the following Debtors: Lyman Holding Company Case No. BKY 11-45190, Lyman Lumber Company Case No. BKY 11-45191, Automated Building Components, Inc. Case No. BKY 11-45192, Building Materials Wholesalers, Inc. Case No. BKY 11-45193, Carpentry Contractors Corp. Case No. BKY 11-45194, Construction Mortgage Investors Co. Case No. BKY 11-45196, Lyman Development Co. Case No. BKY 11-45199, Lyman Lumber Wisconsin, Inc. Case No. BKY 11-45201, Lyman Properties, L.L.C. Case No. BKY 11-45202, Mid-America Cedar, Inc. Case No. BKY 11-45203, Woodinville Lumber, Inc. Case No. BKY 11-45204, Woodinville Construction Services, L.L.C. Case No. BKY 11-45206.

Dated: July 25, 2017                     BARNES & THORNBURG LLP

                                         By:   /e/ Christopher J. Knapp
                                             Christopher J. Knapp, #0344412
                                             2800 Capella Tower
                                             225 South Sixth Street
                                             Minneapolis, Minnesota 55402-4662
                                             Telephone: 612.333.2111
                                             Facsimile: 612.333.6798
                                             christopher.knapp@btlaw.com

                                         ATTORNEYS FOR CONWAY MACKENZIE,
                                         INC., AS LIQUIDATING AGENT