# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| Lyman Holding Company, | Bky. No. 11-45190 |
| | |
| Lyman Lumber Company | Bky. No. 11-45191 |
| Automated Building Components, Inc. | Bky. No. 11-45192 |
| Building Materials Wholesalers, Inc. | Bky. No. 11-45193 |
| Carpentry Contractors Corp. | Bky. No. 11-45194 |
| Construction Mortgage Investors Co. | Bky. No. 11-45196 |
| Lyman Development Co. | Bky. No. 11-45199 |
| Lyman Lumber Wisconsin, Inc. | Bky. No. 11-45201 |
| Lyman Properties, L.L.C. | Bky. No. 11-45202 |
| Mid-America Cedar, Inc. | Bky. No. 11-45203 |
| Woodinville Lumber, Inc. | Bky. No. 11-45204 |
| Woodinville Construction Services, L.L.C. | |
| Debtors | Bky. No. 11-45206 |

## FINAL DECREE CLOSING CHAPTER 11 CASES

These cases came before the court on the motion of Conway MacKenzie, Inc., the liquidating agent.

Based upon motion and the file,

IT IS ORDERED:

1. These cases are closed.

2. Known and unknown assets of the debtors, including any interest in the class action pending in the United States Court of Federal Claims, Case No.1:00-CV-103L, are not deemed abandoned upon closing.

Dated: July 27, 2017

/e/ Robert J. Kressel
_____
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/27/2017*
Lori Vosejpka, Clerk, by LH